

# Fourth Court of Appeals
## San Antonio, Texas

June 17, 2016

No. 04-16-00131-CV

**REGENT CARE CENTER AT MEDICAL CENTER**,
Appellant

v.

William **HOLLIS**,
Appellee

From the County Court at Law No. 5, Bexar County, Texas
Trial Court No. 380950
Honorable Karen A. Crouch, Judge Presiding

## O R D E R

The reporter's record was originally due on April 26, 2016. Part of the reporter's record was filed on April 5, 2016. The remainder of the reporter's record has not been filed.

On April 14, 2016, court reporter Geneva Garcia filed a notification of late record stating that the she was the official responsible for preparing the remainder of the reporter's record in this appeal. Ms. Garcia further stated that this part of the reporter's record was late because her computer had crashed and files were corrupted. We granted Ms. Garcia's request for an extension of time to file the reporter's record to May 30, 2016. To date, Ms. Garcia has not timely filed a second notification of late record, nor has she filed the reporter's record. We, therefore, ORDER Geneva Garcia to file the reporter's record no later than **July 18, 2016**. **If the reporter's record is not received by such date, an order may be issued directing Geneva Garcia to appear and show cause why she should not be held in contempt for failing to file the record.**

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of June, 2016.

_____
Keith E. Hottle
Clerk of Court